AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BERZON, MARSHA S | U.S. CA. NINTH CIRCUIT | 05/09/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. CIRCUIT JUDGE - ACTIVE | ☐ Nomination, Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2007 <br> to <br> 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 95 SEVENTH STREET <br> P.O. BOX 1939393 <br> SAN FRANCISCO, CA 94119-3939 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE FINANCIAL OFFICE
2008 MAY 19 A 10: 19
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S | 05/09/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 03/06/2007 | GOLDEN GATE UNIVERSITY - LECTURE | $ 500 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | SELF-EMPLOYED ATTORNEY |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NORTHWESTERN UNIVERSITY | 3/1/07 TO 3/2/07 | CHICAGO, ILLINOIS | CIVIC ORGANIZAT. ACTIVITY | TRAVEL, LODGING, MEALS |
| 2. | THE AMERICAN LAW INSTITUTE | 6/1/07 TO 6/2/07 | PHILADELPHIA, PA | PROFESSIONAL ASSOC.ACTIV. | TRAVEL, LODGING, MEALS |
| 3. | ACS NATIONAL CONVENTION | 7/26/07 TO 7/29/07 | WASHINGTON D.C. | PROFESSIONAL ASSOC.ACTIV. | TRAVEL, LODGING, MEALS |
| 4. | NATIONAL RESOURCES DEFENSE COUNCIL - CHINA PROJECT | 10/27/07 TO 11/01/07 | ZHONGNAN UNIV,BEIJING,CH. | TRAINING PROG.FOR LAWYERS | TRAVEL, LODGING, MEALS |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S | 05/09/2008 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S | 05/09/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK OF AMERICA ACCOUNT | A | Interest | J | T | | | | | |
| 2. COCA COLA COMPANY - COMMON STOCK TOCK | B | Dividend | K | T | | | | | |
| 3. COMCAST CORP NEW CL A - COMMON STOCK | | None | J | T | | | | | |
| 4. CORNING INC - COMMON STOCK | A | Dividend | M | T | | | | | |
| 5. KEYSPAN CORPORATION - COMMON STOCK | A | Dividend | | | SELL | 8/27 | J | B | |
| 6. LSI CORPORATION - COMMON STOCK | | None | J | T | | | | | |
| 7. NSTAR - COMMON STOCK | A | Dividend | J | T | | | | | |
| 8. PEPSICO INCORPORATED - COMMON STOCK | A | Dividend | K | T | | | | | |
| 9. PUB SVC ENT GROUP INC - COMMON STOCK | A | Dividend | K | T | | | | | |
| 10. SOURCE INTERLINK COMPANY - COMMON STOCK | | None | J | T | | | | | |
| 11. VERIZON COMMUNICATIONS - COMMON STOCK | A | Dividend | K | T | | | | | |
| 12. VODAFONE GROUP NEW ADR F | A | Dividend | J | T | | | | | |
| 13. DREYFUS APPRECIATION FD | B | Dividend | K | T | | | | | |
| 14. DREYFUS EMERGING LEADERS FUND | D | Dividend | L | T | | | | | |
| 15. DREYFUS PREMIER NEW LEADERS FUND CLASS A | E | Dividend | M | T | | | | | |
| 16. RS MID CAP OPPORTUNITIES FUND | F | Dividend | O | T | | | | | |
| 17. SCHWAB PREMIER EQUITY SELECT | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| SHARES | | | | | | | | | |
| 18. VAN WAGONER EMERGING GROWTH FUND | | None | K | T | | | | | |
| 19. VAN WAGONER SMALL CAP GROWTH FUND | | None | K | T | | | | | |
| 20. SCH CA MUNI MONEY FD (SWEEP) | B | Dividend | L | T | | | | | |
| 21. SCHWAB CA MUNI MONEY FD (NON-SWEEP) | B | Dividend | L | T | | | | | |
| 22. FIDELITY CA AMT TAX FREE MMKT INST CLASS | F | Dividend | P1 | T | REORG IN *1 | 5/18 | P1 | | |
| 23. FIDELITY CA AMT TAX FREE MONEY MKT C | E | Dividend | | | REORG OUT *1 | 5/18 | P1 | | |
| 24. PSP#1 ( ACCOUNT) | E | Dividend | N | T | | | | | |
| 25. -AIM CONSTELLATION FUND-CLASS A DOMESTIC EQUITY FUNDS | | | | | | | | | |
| 26. -AIM CAPITAL DEVELOPMENT FUND-CLASS A | | | | | | | | | |
| 27. -AIM INTERNATIONAL SMALL CO FD -CL A | | | | | | | | | |
| 28. -AIM GLOBAL EQUITY FUND - CLASS A | | | | | | | | | |
| 29. -AIM MULTI-SECTOR FUND - CLASS A | | | | | | | | | |
| 30. IRA#1 ( ACCOUNT) | D | Dividend | M | T | | | | | |
| 31. -AMCAP FUND - CLASS A | | | | | | | | | |
| 32. -WASHINGTON MUTUAL INVESTORS FUND - CLASS A | | | | | | | | | |
| 33. PSRP#1 ( ACCOUNT) | E | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. -AMERICAN FUNDS - EUROPACIFIC GROWTH FUND - CL A" | | | | | BUY | 6/6 | K | | |
| 35. -AMERICAN FUNDS - THE GROWTH FUND OF AMERICA - CL A" | | | | | | | | | |
| 36. -AMERICAN FUNDS - THE NEW ECONOMY FUND - CL A" | | | | | | | | | |
| 37. -AMERICAN FUNDS - NEW PERSPECTIVE FUND - CL A" | | | | | | | | | |
| 38. -AMERICAN FUNDS - CAPITAL WORLD GROWTH AND INCOME FUND - CL | | | | | | | | | |
| 39. -AMERICAN FUNDS - FUNDAMENTAL INVESTORS - CL A" | | | | | | | | | |
| 40. -AMERICAN FUNDS - THE INVESTMENT COMPANY OF AMERICA - CL A" | | | | | | | | | |
| 41. -AMERICAN FUNDS - WASHINGTON MUTUAL INVESTORS FUND - CL A" | | | | | | | | | |
| 42. -AMERICAN FUNDS - THE INCOME FUND OF AMERICA - CL A" | | | | | | | | | |
| 43. -AMERICAN FUNDS - AMERICAN BALANCED FUND - CL A" | | | | | | | | | |
| 44. -AMERICAN FUNDS - THE CASH MANAGEMENT TRUST OF AMERICA - CL | | | | | | | | | |
| 45. -VANGUARD - 500 INDEX FUND | | | | | BUY | 6/7 | J | | |
| 46. IRA#2 | F | Dividend | P1 | T | . | | | | |
| 47. -AMERICAN FUNDS - EUROPACIFIC GROWTH FUND - CL A | | | | | | | | | |
| 48. -AMERICAN FUNDS - THE GROWTH FUND OF AMERICA - CL A | | | | | | | | | |
| 49. -AMERICAN FUNDS - NEW PERSPECTIVE FUND - CL A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. -AMERICAN FUNDS - -CAPITAL WORLD GROWTH AND INCOME FUND-CL A | | | | | | | | | |
| 51. -AMERICAN FUNDS - -FUNDAMENTAL INVESTORS - CL A | | | | | | | | | |
| 52. -AMERICAN FUNDS - THE INVESTMENT COMPANY OF AMERICA - CL A | | | | | | | | | |
| 53. -AMERICAN FUNDS - CAPITAL INCOME BUILDER - A | | | | | | | | | |
| 54. -AMERICAN FUNDS - THE INCOME FUND OF AMERICA - CL A | | | | | | | | | |
| 55. -AMERICAN FUNDS - AMERICAN BALANCED - CL A | | | | | | | | | |
| 56. ████████ CAPITAL ACCOUNT IN LAW FIRM PARTNERSHIP *2 | A | Interest | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

*1 FIDELITY CA AMT TAX FREE MONEY MKT C WAS CONVERTED ON 5/18/07 TO FIDELITY CA AMT TAX FREE MMKT INST CLASS.

*2 THE EARNINGS REPORTED IN PART VII REPRESENT THE ▄▄▄▄▄ DISTRIBUTIVE SHARE OF PARTNERSHIP INTEREST INCOME.

| Name of Person Reporting | Date of Report |
| --- | --- |
| BERZON, MARSHA S | 05/09/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature  5/9/08

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544